JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| WANDA ELFRINK, | ) | Case No.  SA CV 24-0773 FMO (KESx) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| WEBBANK, et al., | ) | |
| Defendants. | ) | |

   IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 10th day of June, 2024.

/s/
Fernando M. Olguin
United States District Judge